UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DERRICK J. NEVAK,

                Plaintiff,

    v.

THE U.S. CABINET, et al.,

                Defendants.

CASE NO. C19-0576-MJP

REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se in this civil matter, filed a motion to proceed *in forma pauperis* (IFP). (Dkt. 1.) He indicates monthly income of $2,200.00 and a total of $250.00 in his checking account. He lists items of monthly expenses, but does not identify the amount(s) spent.

Because it appears plaintiff has financial resources allowing for his payment of the Court's filing fee, the Court recommends the motion to proceed IFP (Dkt. 1) be DENIED. This action should proceed only if plaintiff pays the $400.00 filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

The Court further notes that this matter appears appropriate for review under 28 U.S.C. §

1915(e)(2)(B). Pursuant to that provision, when a complaint is frivolous, malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief, the Court shall dismiss the case at any time. 28 U.S.C. § 1915(e)(2)(B). The undersigned therefore also recommends review under § 1915(e)(2)(B), as may be prompted by either payment of the filing fee or objections to this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14)** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **May 10, 2019**.

DATED this 23rd day of April, 2019.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge