# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DERRICK J NEVAK, | CASE NO. C19-576 MJP |
| Plaintiff, | MINUTE ORDER RE: REPORT AND RECOMMENDATION |
| v. | |
| THE UNITED STATES CABINET, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Magistrate Judge Mary Alice Theiler filed a Report and Recommendation in the above-entitled matter, recommending denial of Plaintiff's motion for *in forma pauperis* status because it appeared that Plaintiff had sufficient resources to pay the Court's filing fee. Dkt. No. 3. In fact, on May 7, 2019, Plaintiff paid the filing fee for his lawsuit.

Therefore, the Court STRIKES Plaintiff's motion for leave to proceed *in forma pauperis* as moot, and DENIES the Report and Recommendation for the same reason.

MINUTE ORDER RE: REPORT AND RECOMMENDATION - 1

1 | The clerk is ordered to provide copies of this order to Plaintiff and to all counsel.

2 | Filed May 7, 2019.

William M. McCool<br>
Clerk of Court

s/Paula McNabb<br>
Deputy Clerk